KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILAN ZAMIR and TAL ZAMIR,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; ROBERT DIVINE, in his official capacity as Acting Deputy Director of United States Citizenship and Immigration Services; and DONALD NEUFELD, in his official capacity as Director of California Service Center of United States Citizenship and Immigration Services,<br><br>    Defendants. | No. C 05-4606-EMC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve an answer to the complaint in the above-entitled action. The defendants will file and serve their answer on or before February 10, 2006.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 05-4606-EMC                                    1

| | |
|---|---|
| Date: January 9, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: January 9, 2006 | /s/<br>CLARK M. TREVOR<br>DUANE MORRIS, LLP<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  January 13, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

---

[1] I, Edward A. Olsen, attest that both Attorney Clark Trevor and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 05-4606-EMC                    2