```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILAN ZAMIR and TAL ZAMIR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, in his official ) <br> capacity as Secretary of the Department of ) <br> Homeland Security; ROBERT DIVINE, in ) <br> his official capacity as Acting Deputy ) <br> Director of United States Citizenship and ) <br> Immigration Services; and DONALD ) <br> NEUFELD, in his official capacity as ) <br> Director of California Service Center of ) <br> United States Citizenship and Immigration ) <br> Services, ) <br> ) <br> Defendants. ) <br> ) | No. C 05-4606-EMC <br><br> **STIPULATION TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE; AND [**~~PROPOSED~~**] ORDER** |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the date of the Case Management Conference in this case (currently scheduled for March 8, 2006), in light of the fact that the United States Citizenship and Immigration Services expects to adjudicate Ilan Zamir's I-485 application within 30 days and will adjudicate Tal Zamir's I-485 application as soon as her background check is completed.

STIPULATION TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE
C 05-4606-EMC                                             1

The parties stipulate to the following dates, subject to the approval of the Court:

Filing/Service of the Joint Case Management Statement:    May 3, 2006

Case Management Conference:    May 10, 2006, at 1:30 p.m.

Date: February 27, 2006    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: February 27, 2006    /s/
CLARK TREVOR
Duane Morris, LLP
Attorneys for Plaintiffs

---

[1] I, Edward A. Olsen, attest that both Attorney Clark Trevor and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE
C 05-4606-EMC    2

1 **ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3

4

    Date:   March 2, 2006

5                                         EDWARD
                                        United State

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE
C 05-4606-EMC                                   3