KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILAN ZAMIR and TAL ZAMIR, ) | No. C 05-4606-EMC |
|     Plaintiffs, ) | **STIPULATION TO DISMISS; AND** |
| v. ) | **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, in his official ) capacity as Secretary of the Department of ) Homeland Security; ROBERT DIVINE, in ) his official capacity as Acting Deputy ) Director of United States Citizenship and ) Immigration Services; and DONALD ) NEUFELD, in his official capacity as ) Director of California Service Center of ) United States Citizenship and Immigration ) Services, ) | |
|     Defendants. ) | |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-captioned case in light of the fact that the United States Citizenship and Immigration Services has adjudicated both plaintiffs' I-485 applications to adjust their status to lawful permanent resident.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 05-4606-EMC                            1

| | |
|---|---|
| Date: March 7, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: March 7, 2006 | /s/<br>CLARK TREVOR<br>Duane Morris, LLP<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 9, 2006          _____
EDWARD ~~
United State~~

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[1] I, Edward A. Olsen, attest that both Attorney Clark Trevor and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 05-4606-EMC                                              2